**Dismiss and Opinion Filed July 1, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00879-CV

**DAVID CAUDLE, Appellant**

**V.**

**CHINLING WU A/K/A JEAN CAUDLE, DCCW PROPERTIES, INC. AND OLSON CAPITAL INVESTMENTS, LLC, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01519**

## MEMORANDUM OPINION

Before Justices Schenck, Molberg, and Pedersen, III
Opinion by Justice Pedersen, III

The clerk's record in this case is overdue. By opinion dated March 1, 2022, we dismissed this appeal because the clerk's record and docketing statement had not been filed and, after notice, appellant failed to provide documentation showing he had paid or made arrangements to pay for the clerk's record. By order dated May 2, 2022, we reinstated the appeal and expressly cautioned appellant that failure to file the docketing statement and proof of payment for the clerk's record withing twenty days would result in the dismissal of the appeal without further notice. Appellant

filed the docketing statement on May 24, 2022.  However, the clerk's record has not been filed, and appellant has not filed proof of payment as directed by the Court.

Accordingly, we dismiss this appeal.  See Tex. R. App. P. 37.3(b); 42.3(b), (c).


210879f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVID CAUDLE, Appellant

No. 05-21-00879-CV          V.

CHINLING WU A/K/A JEAN
CAUDLE, DCCW PROPERTIES,
INC. AND OLSON CAPITAL
INVESTMENTS, LLC, Appellees

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-01519.
Opinion delivered by Justice
Pedersen, III. Justices Schenck and
Molberg participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees CHINLING WU A/K/A JEAN CAUDLE,
DCCW PROPERTIES, INC. AND OLSON CAPITAL INVESTMENTS, LLC
recover their costs of this appeal from appellant DAVID CAUDLE.

Judgment entered this 1st day of July, 2022.